[Cite as *Easley v. Ohio Dept. of Rehab. & Corr.*, 2010-Ohio-206.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us



DAVID EASLEY

      Plaintiff

      v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION

      Defendant

      Case No. 2008-01634

Judge Joseph T. Clark
Magistrate Steven A. Larson

<u>JUDGMENT ENTRY</u>



{¶ 1} This case is sua sponte assigned to Judge Joseph T. Clark to conduct all proceedings necessary for decision in this matter.

{¶ 2} On December 10, 2009, the magistrate issued a decision that plaintiff's constitutional claims be dismissed and that judgment be rendered in favor of defendant on the remaining claims.

{¶ 3} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Plaintiff's constitutional claims are DISMISSED and judgment is rendered in favor of defendant on the remaining claims. Court costs are assessed

against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Jennifer A. Adair
Assistant Attorney General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

David Easley, #306-400
P.O. Box 45699
Lucasville, Ohio 45699

MR/cmd
Filed January 15, 2010
To S.C. reporter January 25, 2010